| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MARY KATE SULLIVAN (State Bar No. 180203)<br>BERNARD J. KORNBERG (State Bar No. 252006)<br>SEVERSON & WERSON, P.C.<br>One Embarcadero Center, Suite 2600<br>San Francisco, CA 94111<br>Telephone: (415) 398-3344<br>Facsimile: (415) 956-0439<br>Email:  bjk@severson.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Green Tree Servicing LLC Now Known As Ditech Financial LLC, Bank of America, N.A., Bank of America Corporation, and The Bank of New York Mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revolving Home Equity Loan Trust, Series 2005-D | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>Allana Baroni<br><br><br><br><br>                                            Debtor(s). | CASE NO.: 1:12-bk-10986-AA<br>CHAPTER: 11<br>ADVERSARY NO.: 1:13-ap-01070-AA |
|---|---|
| Allana Baroni<br><br><br>                                            Plaintiff(s),<br>vs.<br><br>Green Tree Servicing LLC et al.,<br><br><br>                                            Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING**<br>**RE:** (*title of motion*[1]):  APPLICATION TO FILE DOCUMENTS UNDER SEAL |

PLEASE TAKE NOTE that the order or judgment titled  ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL
was lodged on (*date*)  August 11, 2017   and is attached. This order relates to the motion which is docket number 265.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                        Page 1                        **F 9021-1.2.ADV.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 11, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Richard L Antognini    rlalawyer@yahoo.com, rlalawyer@yahoo.com
•Louis J Esbin    Esbinlaw@sbcglobal.net
•Bernard J Kornberg    bjk@severson.com, elw@severson.com
•Jeannette Marsala    jmarsala@marsalalawfirm.com, jmarsala@marsalalawfirm.com
•Michael S Riley    mriley8@aol.com, 10986aa@gmail.com
• United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 11, 2017 | Erica Wheelock Holloway | /s/ Erica Wheelock Holloway |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**