MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
BERNARD J. KORNBERG (State Bar No. 252006)
bjk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Green Tree Servicing LLC Now Known As Ditech Financial LLC, Bank of America, N.A., Bank of America Corporation, and The Bank of New York Mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revolving Home Equity Loan Trust, Series 2005-D

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>Allana Baroni,<br><br>      Debtor.<br><hr>Allana Baroni,<br><br>      Plaintiff,<br><br>  vs.<br><br>Green Tree Servicing LLC *et al.*,<br><br>      Defendants. | Case No. 1:12-bk-10986-AA<br><br>Chapter 11<br><br>Adv No. 1:13-ap-01070-AA<br><br>**ORDER GRANTING APPLICATION TO FILE DOCUMENTS UNDER SEAL**<br><br>Date:    No Hearing Required<br>Time:   No Hearing Required<br>Place:  Courtroom 303<br>         21041 Burbank Blvd<br>         Woodland Hills, CA 91367<br><br>Judge:  Hon Martin R. Barash |

11293.0509/10864805.1

The Court, having reviewed the application of Defendants Green Tree Servicing LLC Now Known As Ditech Financial LLC ("Green Tree"), Bank of America, N.A. ("BANA"), Bank of America Corporation ("BAC"), and The Bank of New York Mellon f/k/a The Bank of New York as successor Indenture trustee to JPMorgan Chase Bank, National Association for CWHEQ Revolving Home Equity Loan Trust, Series 2005-D ("BONY") (collectively "Defendants") for an order authorizing Defendants to file certain documents under seal, and for good cause showing, hereby grants it.

It is therefore ordered that the following documents, currently lodged with this Court in a sealed envelope, shall be filed under seal.

| *Document to Be Filed Under Seal* | *Location in Motion for Summary Judgment* |
|---|---|
| General Services Agreement Dated December 11, 2009 | Exhibit A to Declaration of Derrick Stewart |
| Collection Agreement, Dated February 21, 2013 | Exhibit G to Declaration of Derrick Stewart<br>Exhibit H to Declaration of Mark McCloskey |
| Agreement of Resignation and Assumption, Dated October 1, 2006 | Exhibit F to Declaration of Mark McCloskey |
| Assumption Agreement Dated February 1, 2013 | Exhibit G to Declaration of Mark McCloskey |
| Mortgage Loan Schedule | Exhibit J to Declaration of Mark McCloskey |
| Assumption Agreement to Custodial Agreement, Dated February 1, 2013 | Exhibit K to Declaration of Mark McCloskey |

###